FILED
IN OPEN COURT

AO 442 (Rev. 11/11) Arrest Warrant

NOV 6 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

**ORIGINAL**

United States of America

v.

Aaron Gittleman

*Defendant*

)
)
)
)
)
)

Case No. 2:25 mj 252

FID: 11883894

**SEALED**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Aaron Gittleman ,

who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment    ❐ Superseding Indictment    ❐ Information    ❐ Superseding Information    ☒ Complaint

❐ Probation Violation Petition    ❐ Supervised Release Violation Petition    ❐ Violation Notice    ❐ Order of the Court

This offense is briefly described as follows:

18 usc  2422(b) Attempted Coercion and Enticement

18 usc  2251(a) Attempted Production

Date: Nov. 4, 2025

_____ , U.S.M.J.
*Issuing officer's signature*

City and state:    Norfolk, VA

United States Judge Robert J. Krask
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 06 NOV 25 , and the person was arrested on *(date)* 06 NOV 25 |
| at *(city and state)* VIRGINIA BEACH, VA . |

Date: 06 NOV 25

_____
*Arresting officer's signature*

Special Agent Jessica Gurley
*Printed name and title*